UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA JEANNE RANCOURT,

      Plaintiff,                        Case No. 1:18–cv–00042–JTN–ESC

v.                                    Hon. Janet T. Neff

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

      Defendants.
_____/

**NOTICE OF RECEIPT OF CASE**

      NOTICE is hereby given that this case has been received, and filed in this court on January 11, 2018.   It has been assigned the case number and judge set forth above.

                                            CLERK OF COURT

Dated:  January 16, 2018        By:   /s/ M. Garcia
                                                  Deputy Clerk