UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

    Case No. 1:18-cv-42

    HON. JANET T. NEFF

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.
_____/

## ORDER OF REFERENCE

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Magistrate Judge Ellen S. Carmody, U.S. District Court, 664 Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated: January 17, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge