# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANDRA JEANNE RANCOURT,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX, INC.;<br>　　　　Defendants. | CASE NO. 1:18-cv-00042-JTN-ESC<br><br>Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## PROOF OF SERVICE

I, **Scott E. Brady**, hereby certify that on the **1st day of February, 2018**, I electronically filed:

　　(Non-Document) Attorney Appearance of Sandra Davis Jansen
　　(Non-Document) Attorney Appearance of Scott E. Brady
　　Trans Union, LLC's Disclosure of Corporate Affiliations and Financial Interest

with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| None. | |

I further certify that on the **1st day of February, 2018**, a copy of the above referenced document(s) was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| **Pro Se Plaintiff** | |
| --- | --- |
| Sandra Jeanne Rancourt | |
| 9083 Dennings Road | |
| Jonesville, MI  49250 | |

*s/ Scott E. Brady*
Sandra Davis Jansen, Esq. (IN #27803-53)
Scott E. Brady, Esq.  (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*