UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA JEANNE RANCOURT

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC,
EQUIFAX, INC.,

     Defendants.

Case No. 1:18-cv-00042
Honorable Janet T. Neff
Magistrate Ellen S. Carmody

_____

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to LR 83.4, Experian Information Solutions, Inc. (hereinafter referred to as "Experian") makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes __X__     No _____

If the answer is "Yes," list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

**The ultimate parent company of Experian is Experian PLC.  The following companies are the U.S.-based subsidiaries of Experian PLC that are not wholly owned: (a) Central Source LLC; (b) Online Data Exchange LLC; (c) New Management Services LLC; (d) VantageScore Solutions LLC; and (e) Opt-Out Services LLC.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes __X__     No _____

If the answer is "Yes," list the identity of such corporation or affiliate and the nature of the financial interest:

**Experian PLC owns 100% of Experian.  Experian PLC is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.**

| | |
|---|---|
| /s/ Tamara E. Fraser | February 2, 2018 |
| Tamara E. Fraser (P51997) | Date |

Williams, Williams, Rattner & Plunkett, P.C.
Attorneys for Defendant Experian Information
 Solutions, Inc.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
(248) 642-0333
tefraser@wwrplaw.com

## CERTIFICATE OF SERVICE

I, Tamara E. Fraser, hereby certify that on the 2nd day of February, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will automatically send notification of such filing to:

    Sandra Davis Jansen, Esq.

    Scott E. Brady, Esq.

I also hereby certify that I have mailed by United States Postal Service the papers to the following:

    Sandra Jeanne Rancourt
    9083 Dennings Road
    Jonesville, Michigan  49250

        /s/ Tamara E. Fraser
    Tamara E. Fraser (P51997)
    Williams, Williams, Rattner & Plunkett, P.C.
    Attorneys for Defendant Experian Information
     Solutions, Inc.
    380 N. Old Woodward Avenue, Suite 300
    Birmingham, Michigan  48009
    (248) 642-0333
    tefraser@wwrplaw.com