# SUMMONS IN A CIVI[L]
## UNITED STATES DISTRICT COURT FOR THE W[ESTERN]

**1:18-cv-42**

**Janet T. Neff, U.S. District Judge**
**Ellen S. Carmody, U.S. Magistrate Judge**

SANDRA JEANNE RANCOURT

v.

EXPERIAN INFORMATION SOLUTIONS, INC
TRANS UNION LLC,
EQUIFAX INC.

TO: TRANS UNION
ADDRESS: THE PRENTICE-HALL CORPORATION SYSTEM, INC.
601 ABBOTT RD
EAST LANSING, MI 48823

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
SANDRA JEANNE RANCOURT
9083 DENNINGS ROAD
JONESVILLE MI 49250
renucove@aol.com
520 609 3132

**CLERK OF COURT**

**FILED - LN**
February 20, 2018 2:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw /_____ SCANNED BY: /___

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

_CJWenners_    1/11/18
By Deputy Clerk            Date

## PROOF OF SERVICE

This summons for ___TRANS UNION___ (name of individual and title, if any) was received by me on __1/23/2018__ (date)

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☑ I served the summons on __ANDREA PARSONS - THE PRENTICE-HALL CORP__ (name of individual), who is designated by law to accept service of process on behalf of __~~EXPERIAN INFORMATION~~ TRANS UNION__ (name of organization) on __1-25-2018__ (date).

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ __25__ for services, for a total of $ __25__.

I declare under the penalty of perjury that this information is true.
Date: __1/25/2018__

_Michael Hellman_
Server's signature

MICHAEL HELLMAN / PROCESS SERVER
Server's printed name and title

519 E. GRAND RIVER AVE. #4 LANSING MI 48906
Server's address

S Rancourt
9083 Denrings Rd
Jonesville Michigan
49250

METROPLEX MI 480

16 FEB 2018 PM 3 L



United States District Court
atten: clerk of courts
113 Federal Building
315 Allegan Street
Lansing MI 48933

48933-152799