FILED - LN
February 20, 2018 2:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw / ___ SCANNED BY: __/__

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SANDRA JEANNE RANCOURT, *et al,*

v.

EXPERIAN INFORMATION SOLUTIONS, INC;
TRANS UNION LLC; EQUIFAX INC., *et al,*

Civil Action No.: **1:18-CV-42**

---

## AFFIDAVIT OF SERVICE
DEFENDANT: Experian Information Solutions, Inc

Being duly sworn on my oath, I GINA SHARBOWSKI declare that I am a citizen of the United States, over the age of eighteen, authorized to serve process in this jurisdiction, and not a party to or interested in the proceedings of this action. I received this process on 1-18-18, and that I personally served the following: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF THE FCRA; CIVIL COVER SHEET; EXHIBITS;** in regards to the above case, upon:

**EXPERIAN INFORMATION SOLUTIONS, INC**

as follows:
CORPORATE SERVICE: by serving: JAMES GREENOUGH, Agent @The Corporation Company, R/A, *personally, by identifying him and handing him the papers*

Sex: M   Age: 20's   Race: W/Brn hair

at:

*Complete Address of Service*
THE CORPORATION COMPANY, R/A's Address:

**40600 Ann Arbor Rd, E, Ste 201**

**Plymouth, Michigan 48170**
WAYNE County, Michigan

*Day, Date, Time of service*

Tues.   **JAN 2 3 2018**   @11:35am

_____
Gina Sharbowski
Process Server

42309 Bobjean Street, Ste 1500
Sterling Heights, MI 48314

I declare under the penalties of perjury that the information contained in this Affidavit of Service is true and correct.

Subscribed and Sworn to before me on **FEB 0 2 2018**.
_____

BRADLEY M. CARRON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Comm. Exp. 02/17/23
Acting in the County of MACOMB
Date 02/02/2018

MACOMB

S Rancourt
9083 Dennings Rd
Jonesville Michigan
49250

METROPLEX MI 480

16 FEB 2018 PM 3 L



United States District Court
Atten: clerk of courts
113 Federal Building
315 Allegan Street
Lansing MI 48933

48933-152799