UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANDRA JEANNE RANCOURT,<br>           Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX, INC.;<br>           Defendants. | CASE NO. 1:18-cv-00042-JTN-ESC<br><br>Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

**TRANS UNION, LLC'S NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSES**

Trans Union, LLC ("Trans Union"), by counsel, hereby informs this Court that Trans Union has agreed to withdraw Affirmative Defenses 2 through 13 from its Answer And Affirmative Defenses [Doc. No. 8] to Plaintiff's Complaint.

                                             Respectfully submitted,


Date: March 2, 2018                   /s/ James L. Policchio
                                             Sandra Davis Jansen, Esq. (IN #27803-53)
                                             Scott E. Brady, Esq.  (IN #30534-49)
                                             James L. Policchio, Esq. (IN #34737-49)
                                             Schuckit & Associates, P.C.
                                             4545 Northwestern Drive
                                             Zionsville, IN  46077
                                             Telephone:  317-363-2400
                                             Fax:  317-363-2257
                                             E-Mail:  sjansen@schuckitlaw.com
                                             E-Mail:  sbrady@schuckitlaw.com
                                             E-Mail:  jpolicchio@schuckitlaw.com

                                             *Counsel for Defendant Trans Union, LLC*