FILED - LN
March 5, 2018 10:29 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY clw /_____ SCANNED BY ____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT ) | |
| ) | |
| Plaintiff ) | Case No.: 1: 1-18-cv-00042-JTN-ESC |
| vs. ) | |
| ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS INC., TRANS UNION ) | |
| LLC; EQUIFAX, INC. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S CERTIFICATE OF
## ATTEMPT TO OBTAIN CONCURRENCE

NOW COMES Pro Se Plaintiff Sandra Jeanne Rancourt, ("Plaintiff"), pursuant, L. Civ. Rule 7.1(d) <u>Attempt to obtain concurrence,</u> hereby certifies that Plaintiff did communicate through email with Tamara E. Fraser of WWRP, P.C., attorney for Defendant Experian and with James L. Policchio Esq. of Schuckit & Associates, P.C. attorney for Trans Union, as it relates to Plaintiff's intention to strike certain enumerated affirmative defenses in Defendants Experian's and Trans Union's answer and affirmative defenses to Plaintiff COMPLAINT FOR VIOLATIONS OF THE FCRA, ("Lawsuit").  Said communications did occur from February 22, 2018 to March 2, 2018 through email.  Defendants did agree to withdraw the affirmative defenses discussed between Plaintiff and Defendants.  As of the time of Plaintiff filing of this document (March 5, 2018) no notice of withdrawal of affirmative defenses has been filed by Defendant Experian.  Defendant Trans Union did file a withdrawal of certain affirmative defenses.  Plaintiff did also communicate through email with defendants in the same time period mentioned above as it relates to a good faith effort to resolve the dispute.

Date: March  5 , 2018                                 Respectfully submitted

Tamara E. Fraser (P51997)
Attorney for Defendant Experian                      *Sandra Jeanne Rancourt*
Informational Solutions, Inc.                         Sandra Jeanne Rancourt, Pro Se
380 N. Old Woodward Avenue, Suite 300                 9083 Dennings Road
Birmingham, Michigan 48009                            Jonesville, Michigan 49250
(248) 642-0333                                        520-609-3132
                                                      renucove@aol.com

Sandra Davis Jansen, Esq. (IN #27803-53)
Scott E. Brady, Esq. (IN #30534-49)
James L. Policchio, Esq. (IN #34737-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: sjansen@schuckitlaw.com
E-Mail: sbrady@schuckitlaw.com
E-Mail: jpolicchio@schuckitlaw.com
*Counsel for Defendant Trans Union, LLC*

Jordan S. Bolton
CLARK HILL, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Tel. (313) 965-8300
jbolton@clarkhill.com
David Centner
CLARK HILL, PLC
200 Ottawa Avenue N.W., Suite 500
Grand Rapids, MI 49503
Tel. 616.608.1106
dcentner@clarkhill.com
Attorneys for Equifax Inc

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018, I served the foregoing via 1st class United States Postal Service to the following;

Tamara E. Fraser
Attorney for Defendant Experian Informational Solutions, Inc.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009

James L. Policchio, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Attorney for Trans Union

Jordan S. Bolton, CLARK HILL, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Attorney for Equifax Inc.

March 5, 2018

Sandra Jeanne Rancourt