# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
and EQUIFAX, INC.,

    Defendants.

Case No. 1:18-cv-00042
Honorable Janet T. Neff
Magistrate Ellen S. Carmody

_____

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSES

Defendant Experian Information Solutions, Inc. ("Experian"), through its counsel, hereby informs this Court that Experian has agreed to withdraw Affirmative Defenses 3 through 9 from its Answer and Affirmative Defenses [Doc. No. 7] to Plaintiff's Complaint.

Respectfully submitted,

WILLIAMS, WILLIAMS, RATTNER
 & PLUNKETT, P.C.

By:    /s/ Tamara E. Fraser
    Tamara E. Fraser (P51997)
    Attorneys for Defendant Experian
     Information Solutions, Inc.
    380 N. Old Woodward Avenue, Suite 300
    Birmingham, Michigan  48009
    (248) 642-0333

DATED:  March 19, 2018    tefraser@wwrplaw.com

## **CERTIFICATE OF SERVICE**

I, Tamara E. Fraser, hereby certify that on the 19 day of March, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will automatically send notification of such filing to:

    Sandra Davis Jansen, Esq.

    Scott E. Brady, Esq.

I also hereby certify that I have mailed by United States Postal Service the papers to the following:

    Sandra Jeanne Rancourt
    9083 Dennings Road
    Jonesville, Michigan  49250

        /s/ Tamara E. Fraser
    Tamara E. Fraser (P51997)
    Williams, Williams, Rattner & Plunkett, P.C.
    Attorneys for Defendant Experian Information
     Solutions, Inc.
    380 N. Old Woodward Avenue, Suite 300
    Birmingham, Michigan  48009
    (248) 642-0333
    tefraser@wwrplaw.com