UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SANDRA JEANNE RANCOURT,

    Plaintiff,
v.

                                Hon. Janet T. Neff

EXPERIAN INFORMATION SOLUTIONS, INC.,        Case No. 1:18-cv-00042
et al.,

    Defendants.
_____/

## **ORDER**

        This matter is before the Court on Plaintiff's Motion to Strike (ECF No. 18). On March 19, 2018, Defendant Experian Information Solutions, Inc. withdrew Affirmative Defenses 3 through 9 (ECF No. 20) from its Answer and Affirmative Defenses (ECF No. 7).  Therefore, the motion (ECF No. 18) is dismissed as resolved.

        IT IS SO ORDERED.


Dated: March 20, 2018                                  /s/ Ellen S. Carmody
                                                            ELLEN S. CARMODY
                                                            U.S. Magistrate Judge