UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

FILED - LN
March 22, 2018 3:21 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw /       SCANNED BY:

SANDRA JEANNE RANCOURT            )
                                  )
            Plaintiff             )   Case No.: 1: 1-18-cv-00042-JTN-ESC
                                  )
vs.                               )
                                  )
                                  )
EXPERIAN INFORMATION              )
SOLUTIONS INC., TRANS UNION       )
LLC; EQUIFAX, INC.                )
                                  )
            Defendants.           )

## PLAINTIFF'S CERTIFICATE OF
## ATTEMPT TO OBTAIN CONCURRENCE

NOW COMES Pro Se Plaintiff Sandra Jeanne Rancourt, ("Plaintiff"), pursuant, L. Civ. Rule 7.1(d) Attempt to obtain concurrence, who hereby certifies that Plaintiff did communicate via email with Tamara E. Fraser of WWRP, P.C., attorney for Defendant Experian Information Solutions Inc. and with James L. Policchio Esq. of Schuckit & Associates, P.C. attorney for Trans Union LLC, and with Kendall Carter, of King & Spalding, LLP, Attorney for Equifax Inc. as it relates to Plaintiff's intention to file Motion for Leave of the Court for Plaintiff to file PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FCRA. Said communications did occur from March 16 -21, 2018 via email. Trans Union does not oppose Plaintiff's motion for leave to amend Plaintiff's complaint. Experian Information Solutions Inc. takes no position.

Plaintiff received no answer from Kendal Carter who represents Equifax, Inc. but through March 21 -22, 2018 contact via email with Jordan S. Bolton, of CLARK HILL, PLC, who also represents Equifax Inc., concurrence was sought but not yet attained.

                                                 Respectfully submitted,

March 22, 2018

                                       *Sandra Jeanne Rancourt*
Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, Michigan 49250,
renucove@aol.com, 520 609 3132

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I served the foregoing document via 1st class United States Postal Service to the following;

Tamara E. Fraser
Attorney for Defendant Experian Informational Solutions, Inc.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009

James L. Policchio, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Attorney for Trans Union

Jordan S. Bolton, CLARK HILL, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Attorney for Equifax Inc.

March 22, 2018

*Sandra Jeanne Rancourt* (signature)
Sandra Jeanne Rancourt, Pro Se
9083 Dennings Road
Jonesville, Michigan 49250
520 609 3132