FILED - LN
March 28, 2018 10:04 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /      SCANNED B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT | ) |
| Plaintiff | ) Case No.: 1: 1-18-cv-00042-JTN-ESC |
| vs. | ) |
| EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION LLC; EQUIFAX, INC. | ) |
| Defendants. | ) |

**PLAINTIFF'S CERTIFICATE OF
ATTEMPT TO OBTAIN CONCURRENCE**

NOW COMES Pro Se Plaintiff Sandra Jeanne Rancourt, ("Plaintiff"), pursuant, L. Civ. Rule 7.1(d) Attempt to obtain concurrence, who hereby certifies that Plaintiff did communicate via email with Kendal Carter of King & Spalding, LLP and Jordan S. Bolton, of Clark Hill, PLC (both of whom represent Equifax, Inc.) through March 21-22, 2018 via email. Plaintiff did receive a response from Kendal Carter and from Jordan Bolton that Equifax will not oppose Plaintiff's **Motion and Memorandum in Support for Leave to File First Amended Complaint for Violations of the FCRA** but does reserve the right to respond to it as Equifax deems fit within the time set forth in the rules.

March 26, 2018                         Respectfully submitted,

*Sandra Jeanne Rancourt*
Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, Michigan 49250,
renucove@aol.com, 520 609 3132

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I served the foregoing document via 1st class United States Postal Service to the following;

Tamara E. Fraser
WWRP
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Attorney for Defendant Experian Informational Solutions, Inc.

James L. Policchio, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Attorney for Trans Union

Kendal W. Carter
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309
Attorney for Equifax Inc.

March 26, 2018

Sandra Jeanne Rancourt, Pro Se
9083 Dennings Road
Jonesville, Michigan 49250
520 609 3132
renucove@aol.com

S. Rancourt
9083 Dennings Rd
Jonesville, MI. 49250

METROPLEX MI 480
26 MAR 2018 PM 4 L

Clerk of Courts
U.S. District Court. W. Dist. Michigan
315 W. Allegan Street, Room 113
Lansing, Michigan 48933

46933-152799

