UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.
_____/

Hon. Janet T. Neff

Case No. 1:18-cv-00042

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 22). The court being fully advised in the premises, the motion (ECF No. 22) is granted. Plaintiff's Amended Complaint is accepted for filing. A notice will issue rescheduling the Rule 16 scheduling conference currently set for April 17, 2018.

    IT IS SO ORDERED.

Dated: March 29, 2018

/s/ Ellen S. Carmody
ELLEN S. CARMODY
U.S. Magistrate Judge