# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANDRA JEANNE RANCOURT,<br><br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES LLC,<br><br>      Defendants. | Case No. 1:18-cv-00042-JTN-ESC<br><br>Judge Janet T. Neff |
| Sandra Jeanne Rancourt<br>9083 Dennings Road<br>Jonesville, MI 49250<br>(502) 609-3132<br>*Plaintiff Pro Se* | KING & SPALDING LLP<br>Kendall W. Carter<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>(404) 572-4600<br>Email:  kcarter@kslaw.com<br>*Attorneys for Equifax Inc.* |

## DEFENDANT EQUIFAX INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Equifax Inc., by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves the Court to dismiss this action with prejudice, and grant all other relief that the Court deems appropriate. In support of this motion, Equifax Inc. relies upon the accompanying brief. For the reasons set forth more fully in its accompanying brief, Equifax requests that this motion be granted.

1

Respectfully submitted this 12th day of April, 2018.

/s/ Kendall W. Carter
Kendall W. Carter
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Tel. (404) 572-4600
Fax. (404) 572-5100

Jordan S. Bolton
CLARK HILL, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Tel. (313) 965-8300
Fax (313) 965-8252

David Centner
CLARK HILL, PLC
200 Ottawa Avenue N.W., Suite 500
Grand Rapids, MI  49503
Tel. 616.608.1106
Fax 616.608.1166

*Attorneys for Equifax Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Sidney Lawrence Frank
Frank Haron Weiner & Navarro PLC
5435 Corporate Dr., Ste. 225
Troy, MI 48098

Tamara Elizabeth Fraser
Williams Williams Rattner & Plunkett PC
380 N Old Woodward Ave., Ste. 300
Birmingham, MI 48009

Sandra Davis Jansen
Scott E. Brady
Schuckit & Associates PC
4545 Northwestern Dr.
Zionsville, IN 46077

And via U.S. Mail to:
Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, MI 49250

                                            */s/ Kendall W. Carter*
                                            Kendall W. Carter