# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

---

SANDRA JEANNE RANCOURT,
        Plaintiff,

    vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS
UNION, LLC; EQUIFAX, INC.;
and EQUIFAX INFORMATION
SERVICES, LLC;
        Defendants.

CASE NO. 1:18-cv-00042-JTN-ESC

Judge Janet T. Neff
Magistrate Judge Ellen S. Carmody

---

## PROOF OF SERVICE

---

    I, James L. Policchio, hereby certify that on the **19th day of April, 2018**, I electronically filed:

## TRANS UNION, LLC'S AMENDED ANSWER TO PLAINTIFF'S
## FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| Sidney L. Frank, Esq. | Tamara E. Fraser, Esq. |
|---|---|
| slfrank@wwrplaw.com | tefraser@wwrplaw.com |
| Jordan S. Bolton, Esq. | Kendall W. Carter, Esq. |
| jbolton@clarkhill.com | kcarter@kslaw.com |

    I further certify that on the **19th day of April, 2018**, a copy of the above referenced document(s) was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| **Pro Se Plaintiff** | |
|---|---|
| Sandra Jeanne Rancourt | |
| 9083 Dennings Road | |
| Jonesville, MI  49250 | |

_s/ James L. Policchio_

Sandra Davis Jansen, Esq. (IN #27803-53)
Scott E. Brady, Esq.  (IN #30534-49)
James L. Policchio, Esq. (IN #34737-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
E-Mail:  sbrady@schuckitlaw.com
E-Mail:  jpolicchio@schuckitlaw.com

_Counsel for Defendant Trans Union, LLC_