UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-00042-JTN-ESC | 5/1/2018 | 2:11 PM – 2:28 PM | Ellen S. Carmody |

**CASE CAPTION**

| |
|---|
| Rancourt v. Experian Information Solutions, Inc. et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Pro Se | Plaintiff(s) |
| Tamara Elizabeth Fraser | Defendant Experian Information Solutions, Inc. |
| Colin C. Poling | Defendant Trans Union LLC |
| Kendall W. Carter<br>Gregory N. Longworth | Defendant Equifax, Inc., Equifax Information Services, LLC |

**PROCEEDINGS**

**NATURE OF HEARING:** Rule 16 Scheduling Conference held; case management order to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Lenon