FILED - LN
May 24, 2018 12:14 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY\_\_pjw\_/\_\_\_\_ SCANNED BY /tg\_5/25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT ) | |
| ) | |
| Plaintiff ) | Case No.: 1: 1-18-cv-00042-JTN-ESC |
| vs. ) | |
| ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS INC., TRANS UNION ) | |
| LLC; EQUIFAX, INC., EQUIFAX ) | |
| INFORATION SERVICES, LLC ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO TRANS UNION, LLC's FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF**

Plaintiff Sandra Jeanne Rancourt hereby respectfully motions the Court for a thirty (30) day extension of time to respond to **Defendant Trans Union, LLC's First Request for Productions of Documents to Plaintiff.** Defendant sent Plaintiff its discovery requests in an envelope post marked April 26, 2018 which plaintiff received on April 30, 2013. Plaintiff has responded to Defendant's request for admissions and interrogatories. Due to the fact that the parties in this case are still in discussion about a Protective Order and that the time for Plaintiff to respond to Defendant's request for documents will expire soon, Plaintiff motions this court to grant her thirty, (30) days beyond the original May 28, 2018 response date, (taking into consideration that 30 days would have fallen on Saturday, May 28, 2018.) Thirty (30) days beyond the May 28, 2018 will bring the date of June 27, 2018. No party will be prejudiced by

the granting of this motion and Trans Union has agreed to 30 days of an extension of time for Plaintiff to respond to its request for documents.

THEREFORE, Plaintiff request that this court grant the **Plaintiff's Motion for an Extension of time to Respond to Defendant Trans Union, LLC's First Request for Productions of Documents to Plaintiff.**

May 22, 2018                                                                                  Respectfully Submitted

*Sandra Jeanne Rancourt*

Sandra Jeanne Rancourt, Pro
9083 Dennings Road
Jonesville, Michigan 49250
520 609 3132
renucove@aol.com

S. Rancourt
9083 Dennings Rd
Jonesville, MI 49250



United States District Court, Western District
of Michigan
Clerk of Courts
113 Federal Bldg
315 W Allegan St
Lansing, MI 48933



U.S. POSTAGE PAID
JONESVILLE, MI
49250
MAY 22 18
AMOUNT
$0.71
R2305K137957-11

