FILED - LN
May 24, 2018 12:14 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ___pw___ /_____   SCANNED BY 14 /5/25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT )<br><br>Plaintiff )<br>vs. )<br>)<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS INC., TRANS UNION )<br>LLC; EQUIFAX, INC.  EQUIFAX )<br>INFORMATION SERVICES, LLC )<br>) | Case No.: 1: 1-18-cv-00042-JTN-ESC |

## PLAINTIFF'S CERTIFICATE OF
## ATTEMPT TO OBTAIN CONCURRENCE

NOW COMES Pro Se Plaintiff Sandra Jeanne Rancourt, ("Plaintiff"), pursuant, L. Civ.

Rule 7.1(d) Attempt to obtain concurrence, hereby certifies that Plaintiff did communicate

through email on May 22, 2018 with Tamara E. Fraser of WWRP, P.C., attorney for Defendant

Experian, with James L. Policchio  Esq. of Schuckit & Associates, P.C. attorney for Trans Union

and Kendall Carter of  King & Spalding, LLP, Attorney for Equifax Inc. and Equifax

Information Services, LLC.  None of the parties objected to **Plaintiff's Motion for an Extension of**

**time to Respond to Defendant Trans Union, LLC's First Request for Productions of**

**Documents to Plaintiff** and James Policchio, attorney for Trans Union LLC agreed to thirty

days for an extension of time to Plaintiff.           Respectfully submitted

Date: May 22, 2018

Sandra Jeanne Rancourt, Pro Se
9083 Dennings Road
Jonesville, Michigan  49250
520-609-3132
renucove@aol.com

S. Rancourt
9083 Dennings Rd
Jonesville, MI 49250

United States District Court, Western District
of Michigan
Clerk of Courts
113 Federal Bldg
315 W Allegan St
Lansing MI 48933



U.S. POSTAGE
PAID
JONESVILLE, MI
49250
MAY 22 '18
AMOUNT

$0.71
R2305K137957-11

1000

48933