**FILED - LN**
May 24, 2018 12:14 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /       SCANNED BY: /\/\ /5/25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT )<br> )<br>Plaintiff )<br> )<br>vs. )<br> )<br> )<br>EXPERIAN INFORMATION )<br>SOLUTIONS INC., TRANS UNION )<br>LLC; EQUIFAX, INC., EQUIFAX )<br>INFORMATION SERVICES, LLC. )<br> ) | Case No.: 1: 1-18-cv-00042-JTN-ESC |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, I served the **PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO TRANS UNION, LLC's FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** by first class USPS mail on May 22, 2018 to the parties below.

James L. Policchio, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Attorney for Trans Union

Tamara E. Fraser
Attorney for Defendant Experian
Informational Solutions, Inc.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
(248) 642-0333

Kendall W. Carter
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309
Attorney for Equifax Inc. and Equifax Information Services, LLC

May 22, 2018                                    Respectfully submitted.

*Sandra Jeanne Rancourt*
Sandra Jeanne Rancourt, Pro Se
9083 Dennings Road
Jonesville, Michigan 49250
520 609 3132
renucove@aol.com

S. Rancourt
9083 Dennings Rd
Jonesville, MI 49250

United States District Court, Western District
of Michigan
Clerk of Courts
113 Federal Bldg
315 W Allegan St
Lansing, MI 48933



U.S. POSTAGE
PAID
JONESVILLE, MI
49250
MAY 22, 18
AMOUNT
$0.71
R2305K137957-11