UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
et al.,

    Defendants.
_____/

Hon. Janet T. Neff

Case No. 1:18-cv-00042

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond to Trans Union, LLC's First Request for Production of Documents (ECF No. 44). The court being fully advised in the premises, the motion (ECF No. 44) is granted. Plaintiff's response is due by June 27, 2018.

    IT IS SO ORDERED.

Dated: May 25, 2018

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge