FILED - LN
May 30, 2018 4:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /        SCANNED BY  clw / 3|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

SANDRA JEANNE RANCOURT )
)
    Plaintiff )   Case No.: 1: 1-18-cv-00042-JTN-ESC
)
vs. )
)
)
EXPERIAN INFORMATION )
SOLUTIONS INC., TRANS UNION )
LLC; EQUIFAX, INC., EQUIFAX )
INFORMATION SERVICES, LLC. )
)

**PLAINTIFF'S MOTION FOR SANCTIONS AGAINST TRANS UNION, LLC**

Pro se Plaintiff, Sandra Jeanne Rancourt hereby motions this honorable Court for sanctions against Defenant Trans Union, LLC for the reasons stated in the accompanying **Brief in Suppport of Plaintiff's Motion for Sanctions.**

Date, May 30, 2018                      Respectfully submitted

                                        Sandra Jeanne Rancourt, Pro Se
                                        9083 Dennings Road
                                        Jonesville, Michigan  49250
                                        520-609-3132
                                        renucove@aol.com