FILED - LN
May 30, 2018 4:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / SCANNED BY: /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

SANDRA JEANNE RANCOURT )
)
    Plaintiff )    Case No.: 1: 1-18-cv-00042-JTN-ESC
)
vs. )
)
)
EXPERIAN INFORMATION )
SOLUTIONS INC., TRANS UNION )
LLC; EQUIFAX, INC., EQUIFAX )
INFORMATION SERVICES, LLC. )
)

**PLAINTIFF'S MOTION FOR PROTECTION ORDER AGAINST DEFENDANT TRANS UNION, LLC**

Plaintiff hereby motions this court to issue a Protective Order pursuant to FRCP Rule 26(c) barring Trans Union, LLC's from using Plaintiff's responses to **Trans Union, LLC's First Set of Requests for Admission to Plaintiff** and **Trans Union, LLC's First Set of Interrogatories to Plaintiff.**

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AGAINST TRANS UNION, LLC**

Plaintiff incorporates by reference the **Plaintiff's Brief in Support of Plaintiff's Motion for Sanctions** and the exhibit attached.

May 30, 2018

Respectfully submitted

*Sandra Jeanne Rancourt*

Sandra Jeanne Rancourt, Pro Se
9083 Dennings Road
Jonesville, Michigan 49250
520-609-3132
renucove@aol.com