FILED - LN
May 30, 2018 4:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ___rpw /___    SCANNED BY dlw
5/31

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

SANDRA JEANNE RANCOURT          )
                                )
            Plaintiff           )        Case No.: 1: 1-18-cv-00042-JTN-ESC
                                )
vs.                             )
                                )
                                )
EXPERIAN INFORMATION            )
SOLUTIONS INC., TRANS UNION     )
LLC; EQUIFAX, INC., EQUIFAX     )
INFORMATION SERVICES, LLC       )
                                )

---

### PLAINTIFF'S CERTIFICATE OF
### ATTEMPT TO OBTAIN CONCURRENCE

NOW COMES Pro Se Plaintiff Sandra Jeanne Rancourt, ("Plaintiff"), pursuant, L. Civ.

Rule 7.1(d) Attempt to obtain concurrence, concerning Plaintiff's intent to file her **Motion for**

**Sanctions, Brief in Support of Plaintiff's Motion for Sanctions,** and **Motion for Protective**

**Order Against Defendant Trans Union, LLC,** hereby certifies that Plaintiff did communicate

via email with, Tamara E. Fraser, WWRP representing Experian Information Services, Inc.,

Kendall Carter of King & Spalding, LLP representing Equifax Inc. and Equifax Information

Services, LLC on May 25, 2018 and they take no position.  Plaintiff has also been in

communication with James L. Policchio, of Schuckit and Associates, representing Trans Union,

LLC and it is the position of Trans Union to oppose.

March 30, 2018                          Respectfully Submitted

                                        *Sandra Jeanne Rancourt*
                                        Sandra Jeanne Rancourt
                                        9083 Dennings Road
                                        Jonesville, Michigan  49250,
                                        renucove@aol.com, 520 609 3132