FILED - LN
May 30, 2018 4:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / SCANNED BY clw
9131

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT<br><br>  Plaintiff<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION LLC; EQUIFAX, INC., EQUIFAX INFORMATION SERVICES, LLC. | Case No.: 1: 1-18-cv-00042-JTN-ESC |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I served the **Motion for Sanctions, Brief in Support of Plaintiff's Motion for Sanctions, Motion for Protective Order, Brief in Support of Plaintiff's Motion for Protective Order** and **Plaintiff's Certificate of Attempt to Obtain Concurrence** via 1st class United States Postal Service to the following;

Tamara E. Fraser
WWRP
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Attorney for Defendant
Experian Informational Solutions, Inc.

James L. Policchio, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Attorney for Trans Union

Kendal W. Carter
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309
Attorney for Equifax Inc.
and Equifax Information
Services, LLC

Respectfully submitted,

*Sandra Jeanne Rancourt*

Sandra Jeanne Rancourt, Pro Se
9083 Dennings Road
Jonesville, Michigan 49250
520-609-3132
renucove@aol.com

Date: May 30, 2018