# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANDRA JEANNE RANCOURT,<br>        Plaintiff,<br><br>      vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX, INC.; and EQUIFAX INFORMATION SERVICES, LLC;<br>        Defendants. | CASE NO. 1:18-cv-00042-JTN-ESC<br><br>Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## PROOF OF SERVICE

I, Sandra Davis Jansen, hereby certify that on the **14th day of June, 2018**, I electronically filed:

*Defendant Trans Union, LLC's Brief In Opposition To Plaintiff's Motion For Sanctions [Doc. No. 51] And Motion For Protective Order ]Doc. No. 53]*

with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| Sidney L. Frank, Esq.<br>slfrank@wwrplaw.com | Tamara E. Fraser, Esq.<br>tefraser@wwrplaw.com |
| Jordan S. Bolton, Esq.<br>jbolton@clarkhill.com | Kendall W. Carter, Esq.<br>kcarter@kslaw.com |

I further certify that on the **14th day of June, 2018**, a copy of the above referenced document(s) was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Sandra Jeanne Rancourt<br>9083 Dennings Road<br>Jonesville, MI  49250 | |

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Scott E. Brady, Esq.  (IN #30534-49)
James L. Policchio, Esq. (IN #34737-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
E-Mail:  sbrady@schuckitlaw.com
E-Mail:  jpolicchio@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*