UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA JEANNE RANCOURT,

       Plaintiff,                    Case No. 1:18–cv–00042–JTN–ESC

   v.                                Hon. Janet T. Neff

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Sanctions – #51<br>Motion for Protective Order – #53 |
| Date/Time: | June 29, 2018   11:00 AM |
| Magistrate Judge: | Ellen S. Carmody |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

                                              ELLEN S. CARMODY
                                              U.S. Magistrate Judge

Dated:  June 19, 2018        By:   /s/ Cynthia Black Hosner
                                              Judicial Assistant