FILED - LN
June 22, 2018 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / ___  SCANNED BY ___ / ___

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| SANDRA JEANNE RANCOURT )<br>)<br>*Plaintiff*. )<br>)<br>) Case No. 1:18-cv-00042-JTN-ESC<br>vs )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANS UNION ) TRIAL BY JURY DEMANDED<br>LLC; EQUIFAX, INC. )<br>*Defendants* )<br>)<br>)<br>) | |

### PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO FILE A REPLY TO DEFENDANT TRANS UNION, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTION [Doc. No. 51] AND PROTECTIVE ORDER [Doc. No. 53]

Pursuant to L. Civ. Rule 7.3(c), in filing a reply brief to a party opposing a dispositive motion, Plaintiff moves this court for leave to file a reply brief to **Defendant Trans Union, LLC's Brief in Opposition to Plaintiff's Motion for Sanctions [Doc. No. 51] and Motion for Protective Order [Doc. No. 53].** Plaintiff filed on May 30, 2018, **Plaintiff's Motion for Protection Order Against Defendant Trans Union, LLC** and **Brief in Support of Plaintiff's Motion for Sanctions.** Defendant Trans Union, LLC's filed a **Defendant Trans Union, LLC's Brief in Opposition to Plaintiff's Motion for Sanctions [Doc. No. 51] and Motion for Protective Order [Doc. No. 53]** on June 14, 2018 [Doc 56].

Respectfully Submitted,

*Sandra Jeanne Rancourt*

June 22, 2018

Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, Michigan 49250
renucove@aol.com