FILED - LN
June 22, 2018 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _ DW_/_____ SCANNED BY /s/

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT ) <br><br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS INC., TRANS UNION ) <br> LLC; EQUIFAX, INC., EQUIFAX ) <br> INFORMATION SERVICES, LLC ) <br> ) | Case No.: 1: 1-18-cv-00042-JTN-ESC |

## PLAINTIFF'S CERTIFICATE OF
## ATTEMPT TO OBTAIN CONCURRENCE

NOW COMES Pro Se Plaintiff Sandra Jeanne Rancourt, ("Plaintiff"), pursuant, L. Civ. Rule 7.1(d) Attempt to obtain concurrence, concerning Plaintiff's intent to file her **Motion For Leave of the Court to File a Reply to Defendant Trans Union, LLC's Opposition to Plaintiff's Motion for Sanctions [Doc. No. 51] and Motion for Protective Order [Doc. No. 53]**; Plaintiff contacted Tamara E. Fraser, WWRP representing Experian Information Services, Inc., Kendall Carter of King & Spalding, LLP representing Equifax Inc. and Equifax Information Services, LLC, James L. Policchio, of Schuckit and Associates, representing Trans Union, LLC on June 19 and 20, 2018 via email and all parties do not oppose Plaintiff's motion.

Respectfully Submitted

June 22, 2018

*Sandra Jeanne Rancourt*
Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, Michigan 49250,
renucove@aol.com, 520 609 3132