

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| SANDRA JEANNE RANCOURT )<br>)<br>*Plaintiff* )<br>)<br>vs )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANS UNION )<br>LLC; EQUIFAX, INC. )<br>*Defendants* )<br>)<br>) | **Case No. 1:18-cv-00042-JTN-ESC**<br><br>**TRIAL BY JURY DEMANDED** |

### PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO E-FILE

Plaintiff moves this court for leave to e-file her documents to the CM/ECF.

Respectfully Submitted,

June 22, 2018

Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, Michigan 49250
renucove@aol.com