FILED - LN
June 22, 2018 1 08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __pjw_/____    SCANNED BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS INC., TRANS UNION )<br>LLC; EQUIFAX, INC., EQUIFAX )<br>INFORMATION SERVICES. LLC )<br>) | Case No.: 1: 1-18-cv-00042-JTN-ESC |

## PLAINTIFF'S OBJECTION TO DEFENDANT TRANS UNION, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS [Doc. No. 51] AND MOTION FOR PROTECTIVE ORDER [DOC. NO. 53]

NOW COMES Pro Se Plaintiff Sandra Jeanne Rancourt, who objects to **Defendant Trans Union, LLC's Brief in Opposition to Plaintiff's Motion for Sanctions [Doc. No. 51] and Motion for Protective Order [Doc. No. 53]** due to the fact that it is an untimely filed brief.

### BRIEF IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT TRANS UNION, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS [Doc. No. 51] AND MOTION FOR PROTECTIVE ORDER [Doc. No. 53]

I.  **Relevant Background**

Plaintiff does object to Defendant's untimely filing of **Defendant Trans Union, LLC's Brief in Opposition to Plaintiff's Motion for Sanctions [Doc. No. 51] and Motion for Protective Order [Doc. No. 53]**. (See Doc. 56)  Pursuant to L. Civ. Rule 7.3(c) Defendant had fourteen days to file its opposition to Plaintiff's non-dispositive motions. Plaintiff's motions for a protective order and a motion for sanctions were filed on May 30, 2018, [Doc. 51 and 53]. Defendant's opposition to said motions [Doc. 56] was filed on June 14, 2018 which is fifteen

days after Plaintiff filed her non-dispositive motions. [Doc. 51 and 53]. The **Defendant Trans Union, LLC's Brief in Opposition to Plaintiff's Motion for Sanctions [Doc. No. 51] and Motion for Protective Order [Doc. No. 53]** should be stricken or not considered due to the fact that it is an untimely filing.

June 22, 2018

Respectfully Submitted

*Sandra Jeanne Rancourt* (signature)

Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, Michigan 49250,
renucove@aol.com, 520 609 3132