**FILED - LN**
June 22, 2018 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __pjw__/ ____ SCANNED BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

| | |
|---|---|
| SANDRA JEANNE RANCOURT )<br>)<br>Plaintiff )<br>vs. )<br>)<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS INC., TRANS UNION )<br>LLC; EQUIFAX, INC., EQUIFAX )<br>INFORMATION SERVICES, LLC. )<br>) | Case No.: 1: 1-18-cv-00042-JTN-ESC |

### CERTIFICATE OF SERVICE

I certify that on **June 22, 2018,** I served via USPS First Class Mail, the documents as follows:

- **PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO FILE A REPLY TO DEFENDANT TRANS UNION, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS [Doc. No. 51] AND PROTECTIVE ORDER [Doc. No. 53],**

- **BRIEF IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT TRANS UNION, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS [Doc. No. 51] AND MOTION FOR PROTECTIVE ORDER [Doc. No. 53]**

- **PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO E-FILE**

- **PLAINTIFF'S CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE**

- **PLAINTIFF'S CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE -2**

- **PLAINTIFF'S OBJECTION TO DEFENDANT TRANSUNION, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS [Doc. No. 51] AND MOTION FOR PROTECTIVE ORDER [Doc. No. 53]**

to the parties as follows:

Tamara E. Fraser
WWRP
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Attorney for Defendant
Experian Informational Solutions, Inc.

James L. Policchio, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Attorney for Trans Union

Kendall W. Carter
King & Spalding, LLP
1180 Peachtree Street NE,
Suite 1600
Atlanta, GA 30309
Attorney for Equifax Inc.
and Equifax Information

Respectfully submitted,

*Sandra Jeanne Rancourt*

Sandra Jeanne Rancourt, Pro Se
9083 Dennings Road
Jonesville, Michigan 49250
520-609-3132
renucove@aol.com

Date: June 22, 2018