UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

_____/

Hon. Janet T. Neff

Case No. 1:18-cv-00042

## ORDER

This matter is before the Court on three motions filed by Plaintiff. The court being fully advised in the premises:

    1.    Plaintiff's Motion to File a Reply Brief (ECF No. 59) is **granted**, and her brief (ECF No. 59-1) is accepted as her reply brief to her Motion for Sanctions (ECF No. 51) and Motion for Protective Order (ECF No. 53).

    2.    Plaintiff's Motion for Leave from the Court to E-File (ECF No. 61) is **denied without prejudice**. To be considered for electronic filing, a pro se litigant must file a Pro Se Application for Electronic Filing and Service, available on the Court's Internet site.

    3.    Plaintiff's Objection to and Motion to Strike the Response of Trans Union, LLC (ECF No. 63) as untimely is **denied**. The Court concedes that the response was filed one day late but has determined that any prejudice to Plaintiff, if any exists, is resolved by allowing her to file the reply brief noted above.

    IT IS SO ORDERED.

Dated: June 27, 2018

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge