UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-00042-JTN-ESC | 6/29/2018 | 11:06 AM – 11:33 AM | Ellen S. Carmody |

**CASE CAPTION**

| |
|---|
| Rancourt v. Experian Information Solutions, Inc. et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Pro Se | Plaintiff(s) |
| James L. Policchio | Defendant Trans Union LLC |
| Gregory N. Longworth | Defendants Equifax, Inc., Equifax Information Services, LLC |

**PROCEEDINGS**

**NATURE OF HEARING:**

1. Plaintiff's Motion for Sanctions Against Trans Union, LLC (ECF No. 51) – converted by Court as Motion to Support Objections to Discovery Requests; granted in part, denied in part.

2. Plaintiff's Motion for Protective Order regarding Trans Union, LLC (ECF No. 53) – denied as moot.

Parties to submit proposed stipulated order within 14 days.

Proceedings Digitally Recorded
Deputy Clerk: J. Lenon