UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA JEANNE RANCOURT,

       Plaintiff,                        Case No. 1:18–cv–00042–JTN–ESC

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

       Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: James L. Policchio

RE: Proposed Order – #68

REASON FOR NOTICE: The document does not contain the required manuscript signature of the pro se or unrepresented party.

RECOMMENDED ACTION: Local Civil Rule 5.7(e)(ii) requires that the manuscript signature of an unrepresented party, in original or scanned form, appear on the face of the document. A corrected document with the manuscript signature of the pro se or unrepresented parties should be electronically filed. Reference CORRECTED both in the heading of the document as well as the docket text of the entry, if available.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                          CLERK OF COURT

Dated: July 16, 2018        By:   /s/ M. Garcia_____
                                              Deputy Clerk