UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

    Case No. 1:18-cv-42

    HON. JANET T. NEFF

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.
_____/

## ORDER

This is a civil action filed by a *pro se* litigant. Defendant Equifax, Inc. filed a Motion to Dismiss (ECF No. 31). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 3, 2018 (ECF No. 67), recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 67) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 31) is DENIED.

**IT IS FURTHER ORDERED** that Defendant Equifax, Inc. shall, not later than August 15, 2018, file its answer to Plaintiff's First Amended Complaint (ECF No. 27).

Dated: July 25, 2018
          /s/Janet T. Neff
          JANET T. NEFF
          United States District Judge