UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

    Case No. 18-cv-00042
    Hon. Janet T. Neff

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC; EQUIFAX, INC., and
EQUIFAX INFORMATION SER
    Defendants.

## STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

Sandra Jeanne Rancourt ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Experian in the above-captioned action, with the parties to bear their own attorney's fees, costs and expenses.

Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, MI 49250
renucove@aol.com

/s/ Tamara E. Fraser (P51997)
380 N. Old Woodward, Ste. 300
Birmingham, MI 48009
tef@wwrplaw.com

## ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, ONLY, INC., WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

_____
Honorable Janet T. Neff
U.S. District Court Judge