UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC; EQUIFAX, INC., and
EQUIFAX INFORMATION SER
    Defendants.

Case No. 18-cv-00042
Hon. Janet T. Neff

## STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

Sandra Jeanne Rancourt ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Experian in the above-captioned action, with the parties to bear their own attorney's fees, costs and expenses.

_Sandra Jeanne Rancourt_
Sandra Jeanne Rancourt
9083 Dennings Road
Jonesville, MI 49250
renucove@aol.com

/s/ _Tamara E. Fraser_
Tamara E. Fraser (P51997)
380 N. Old Woodward, Ste. 300
Birmingham, MI 48009
tef@wwrplaw.com

## ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, ONLY, INC., WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

Dated: September 11, 2018         ___/s/ Janet T. Neff_____
                                  Honorable Janet T. Neff
                                  U.S. District Court Judge