# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANDRA JEANNE RANCOURT,<br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX, INC.; and EQUIFAX INFORMATION SERVICES, LLC;<br>    Defendants. | CASE NO. 1:18-cv-00042-JTN-ESC<br><br>Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Sandra Jeanne Rancourt, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Sandra Jeanne Rancourt against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Sandra Jeanne Rancourt and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  October 12, 2018                              /s/ Janet T. Neff
                                                     JUDGE, United States District Court,
                                                     Western District of Michigan