**FILED - GR**
November 9, 2018 10:25 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /        SCANNED BY: /s/ 11/9/18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division (1))

SANDRA JEANNE RANCOURT   )
                         )
            Plaintiff    )   Case No.: 1: 1-18-cv-00042-JTN-ESC
                         )
vs.                      )
                         )
                         )
EXPERIAN INFORMATION     )
SOLUTIONS INC., TRANS UNION )
LLC; EQUIFAX, INC., EQUIFAX )
INFORMATION SERVICES, LLC. )
                         )

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to this Court that an agreement of settlement has been reached between Plaintiff and Defendants Equifax, Inc. and Equifax Information Services, LLC.

November 6, 2018                    Respectfully submitted.

                                    *[signature]*
                                    Sandra Jeanne Rancourt, Pro Se
                                    9083 Dennings Road
                                    Jonesville, Michigan 49250
                                    520 609 3132
                                    renucove@aol.com

S. Rancourt
9083 Dennings Road
Jonesville, Michigan  49250



Western District of Michigan
Atten. Clerk of Court
399 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

4950342317  C020