UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SANDRA JEANNE RANCOURT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC; EQUIFAX, INC., and
EQUIFAX INFORMATION SERVICES, LLC

    Defendants.

Case No. 18-cv-00042
Hon. Janet T. Neff

## STIPULATION FOR DISMISSAL OF EQUIFAX INC., AND EQUIFAX INFORMATION SOLUTIONS, LLC.

Sandra Jeanne Rancourt ("Plaintiff") and Defendant Equifax, Inc., ("Equifax") and Equifax Information Services, LLC. ("Equifax"), hereby jointly stipulate and agree that Plaintiff dismisses, with prejudice, her claims asserted against Equifax in the above captioned action, with the parties to bear their own attorney's fees, costs and expenses.

Sandra Jeanne Rancourt   11/14/18
9083 Dennings Road
Jonesville, MI 49250
renucove@aol.com

/s/ Kendall W. Carter
Kendall W. Carter
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Tel. (404) 572-4600
Fax. (404) 572-5100
kcarter@kslaw.com